UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMILULAH SAFI,<br>Petitioner,<br>v.<br>BRUCE SCOTT, Warden of the Northwest ICE Processing Center, and MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security,<br>Respondents. | No. 2:26-CV-01683-SAB<br><br>**ORDER DENYING MOTION TO AMEND JUDGMENT** |

Before the Court is Petitioner's Motion for Amend Judgment, ECF No. 14. The motion was heard without oral argument. Petitioner is is represented by Vicky J. Currie. Respondents are represented by Barbara Andrade.

On June 24, 2026, the Court denied Petitioner's Petition for Writ of Habeas Corpus. In doing so, the Court considered whether the bond hearing satisfied due process requirements and comported with the statutory and constitutional requirements. It found the bond determination hearing comported with due process, and the IJ's decision was not arbitrary and was supported by sufficient evidence.

Fed. R. Civ. P. 59(e) provides that a party may file to alter or amend a judgment "no later than 28 days after the entry of judgment." Motions for reconsideration are disfavored and should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law. *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). A Rule 59(e) motion may not be used to raise arguments or present evidence for the first time when they could reasonably have been raised earlier in the litigation. *Id.*

Petitioner argues the Court committed clear error when it denied his habeas petition. Contrary to Petitioner's argument, neither due process nor Judge Fricke's Order required the IJ to consider alternatives to detention before denying bond. As such, Petitioner has not established it is necessary or proper for the Court to reconsider its prior Order.

Accordingly, **IT IS ORDERED**:

1. Petitioner's Motion for Amend Judgment, ECF No. 14, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 28th day of September 2026.

Stanley A. Bastian
United States District Judge